**Electronically Filed
Intermediate Court of Appeals
CAAP-23-0000507
07-JUN-2024
08:25 AM
Dkt. 42 OAWST**

NO. CAAP-23-0000507


IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI


FEDERAL HOME LOAN MORTGAGE CORPORATION, Plaintiff-Appellee, v.
TRINA ELLEN KALANIMINOAKA MEI JUNN WEGESEND;
WARREN ROBERT WEGESEND, Defendants-Appellants, and
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.,
AS NOMINEE FOR ENVISION LENDING GROUP;
MILILANI TOWN ASSOCIATION; ISLAND CLASSICS II AT MILILANI MAUKA,
Defendants-Appellees, and
JOHN DOES 1-20; JANE DOES 1-20; DOE CORPORATIONS 1-20;
DOE ENTITIES 1-20; and DOE GOVERNMENTAL UNITS 1-20, Defendants


APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 1CCV-21-0001474)


ORDER APPROVING STIPULATION TO DISMISS APPEAL
(By: Leonard, Acting Chief Judge, Hiraoka and Guidry, JJ.)

Upon consideration of the Stipulation for Dismissal with Prejudice of Defendants Trina Ellen Kalaniminoaka Mei Junn Wegesend and Warren Robert Wegesend's Notice of Appeal, Filed August 29, 2023 (Stipulation), filed June 4, 2024, by Defendants-Appellants Trina Ellen Kalaniminoaka Mei Junn Wegesend and Warren Robert Wegesend, the papers in support, and the record, it appears that (1) the appeal has been docketed and the filing fees have been paid; (2) under Hawaiʻi Rules of Appellate Procedure Rule 42(b), the parties stipulate to dismiss the appeal with prejudice and bear their own attorneys' fees and costs on appeal; and (3) the Stipulation is signed by counsel for all parties appearing in the appeal.

Therefore, IT IS HEREBY ORDERED that the Stipulation is approved and the appeal is dismissed with prejudice.  The parties shall bear their own attorneys' fees and costs on appeal.

DATED:  Honolulu, Hawaiʻi, June 7, 2024.

/s/ Katherine G. Leonard
Acting Chief Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Kimberly T. Guidry
Associate Judge